

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PERMIACARE, RAMORA THOMAS IN HER CAPACITY AS EXECUTIVE DIRECTOR OF PERMIACARE, AND TODD LUZADDER IN HIS OFFICIAL AS DIRECTOR OF MENTAL HEALTH SERVICES OF PERMIACARE, | § § § § § § | No. 08-19-00144-CV Appeal from the 83rd District Court |
| Appellant, | § | of Pecos County, Texas |
| v. | § | (TC #P-7934-83-CV) |
| L. R. H., Appellee. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment related to the ultra vires claims (notice and opportunity to appeal, right to participate in treatment plan, Medicaid billing, and acts outside of agents' scope of activity). We therefore reverse that part of the order on the plea to the jurisdiction.

We further order that the judgment of the court below is affirmed on the federal ADA and Rehabilitation Act claims. We therefore affirm the trial court's order on these claims and remand the cause for further proceedings in accordance with our opinion.

We further order that Appellee recover from Appellant and its sureties, if any, for performance of the judgment and all costs, both in this Court and the court below, for which let

execution issue.   *See* TEX.R.APP.P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JANUARY, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.